■ ANTHONY CAIRO, Respondent, v MUHAMMAD A. AWAN et al., Appellants, et al., Defendants. [933 NYS2d 368]—

The appellants met their prima facie burden of showing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]). The plaintiff alleged, inter alia, that the cervical region of his spine sustained certain injuries as a result of the subject accident. The appellants established, prima facie, inter alia, that those alleged injuries were not caused by the subject accident (*see Pommells v Perez*, 4 NY3d 566, 579 [2005]; *Jilani v Palmer*, 83 AD3d 786, 787 [2011]).

In opposition to the appellants' motion the plaintiff submitted competent medical evidence raising a triable issue of fact as to whether the alleged injuries to the cervical region of his spine were caused by the accident (*see Jaramillo v Lobo*, 32 AD3d 417 [2006]). Accordingly, the Supreme Court properly denied the appellants' motion for summary judgment dismissing the complaint insofar as asserted against them. Dillon, J.P., Dickerson, Leventhal, Austin and Miller, JJ., concur.